UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN MANUEL LOPEZ GALICIA,

    Petitioner,

v.

Case No.:  2:26-cv-00255-SPC-DNF

FIELD OFFICE DIRECTOR *et al.*,

    Respondents,
_____/

## **OPINION AND ORDER**

Before the Court are Juan Manuel Lopez Galicia's Emergency Motion to Enforce Habeas Order and for Immediate Release, or in the Alternative, for a New Bond Hearing (Doc. 9) and the government's response (Doc. 12).

Lopez Galicia is a noncitizen in immigration detention, and he sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Lopez Galicia before an immigration judge for a bond hearing within 10 days or release Lopez Galicia from custody.

An immigration court held a bond hearing on February 26, 2026, without notice to Lopez Galicia's counsel and only same-day notice to Lopez Galicia.  The immigration judge granted release under a $50,000 bond.  Lopez Galicia

argues the immigration court's denial of his right to counsel rendered the hearing fundamentally unfair, violated his statutory and constitutional rights, and failed to comply with the Court's Opinion and Order.  In response, the government argues Lopez Galicia received the bond hearing ordered by the Court, and the proper way to challenge the result is appeal to the Board of Immigration Appeals.  The Court agrees.  Accordingly, Lopez Galicia's motion (Doc. 9) is **denied**.

    **DONE AND ORDERED** in Fort Myers, Florida on March 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record